UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY X. SMITH,

        Plaintiff,

   v.

LISTEN, et al.,

        Defendants.

Case No. 18-cv-07192-TSH (PR)

**ORDER OF TRANSFER**

      Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred at High Desert State Prison, which is located in Lassen County within the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

      **IT IS SO ORDERED.**

Dated:  December 12, 2018

THOMAS S. HIXSON
United States Magistrate Judge