UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY XAVIER SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LISTEN, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-3198 DB P<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. In an order filed December 20, 2018, the court gave plaintiff thirty days to either pay the filing fee of $400 or file an affidavit to proceed in forma pauperis. The Clerk of the Court provided plaintiff with a copy of the affidavit form used in this district (See ECF No. 8.)

  Thirty days have passed and plaintiff has not paid the filing fee or filed an affidavit in support of a motion to proceed in forma pauperis. Plaintiff is advised that his failure to either file the appropriate form to request to proceed in forma pauperis or pay the filing fee will result in a recommendation that this case be dismissed. Plaintiff will be given one, final opportunity to file the correct form or pay the fee.

  Plaintiff is reminded that on December 12, 2018, his case was transferred to this court, the Eastern District of California. All filings should be mailed to: U.S. District Court, Eastern District of California, 501 I Street, Sacramento, CA 95814.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall either pay the $400 filing fee or file an application to proceed in forma pauperis on the form provided with this order.
2. If plaintiff fails to comply with this order, this court will recommend plaintiff's case be dismissed.
3. The Clerk of the Court is directed to send plaintiff a new form for the application to proceed in forma pauperis by a prisoner.

Dated: January 28, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/smit3198.ifp(2)