UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY XAVIER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>LISTEN, et al.,<br><br>Defendants. | No. 2:18-cv-3198 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In an order filed June 7, 2019, the court dismissed plaintiff's first amended complaint. (See ECF No. 25.) The court provided plaintiff thirty days to file a second amended complaint. In a document filed here on June 17, 2019, plaintiff objects to the court's June 7 order and also requests an extension of time to file an amended complaint. (ECF No. 26.) The court finds no basis in plaintiff's objections to reconsider its June 7 order.

Plaintiff requests a 90-day extension of time but does not provide a justification for such a lengthy extension. The court finds good cause for a 60-day extension of time. Plaintiff is warned that if he fails to file a timely second amended complaint or otherwise respond to this order, this court may recommend this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 17, 2019 request for an extension of time (ECF No. 26) is granted in part. Within sixty days of the date of this order,

plaintiff shall file a second amended complaint that complies with the requirements set out by the court in the June 7 order.

DATED: June 27, 2019

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/smit3198.SAC eot